IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TOP SIGHTSEEING USA, INC., et al. : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Case No.: 1:14-cv-00820-BAH |
| : | |
| MR. SIGHTSEEING, LLC, d/b/a : | |
| CITYSIGHTS DC, et al. : | |
| : | |
| Defendants. : | |

**DEFENDANTS' OPPOSITION TO MOTION FOR AN EXTENSION OF TIME/CONTINUANCE**

Defendants, Mr. Sightseeing, LLC d/b/a CitySights DC, et al. (collectively "CitySights DC" or "Defendants") submit this Opposition to the Plaintiffs' Motion for an Extension of Time/Continuance in the above-captioned matter. As grounds for this Opposition, Defendants state:

1. Plaintiffs commenced this civil action on May 19, 2014 with the filing of its Verified Complaint and accompanying Motion for Preliminary Injunction.

2. On May 20, 2014, Defendants gave verbal notice to the firm of Greenberg Traurig, LLP ("GT"), that its representation of Plaintiffs in the captioned litigation gave rise a conflict of interest requiring their withdrawal from further representation of Plaintiffs in this matter. On May 22, 2014, Defendants followed up with a written notice of the conflict of interest.

3. On May 23, 2014, three days after Defendants notified GT of the conflict of interest, Plaintiffs submitted a proposed schedule to this Court setting a deadline for Defendants' Opposition to the Motion for Preliminary Injunction on Friday June 13, 2014, a deadline for the Plaintiffs' Reply for Friday, June 20, 2014, and a hearing on the pending Motion for Preliminary

Injunction on July 1, 2014. This Court approved the proposed schedule by Minute Order dated May 27, 2014.

4. On June 5, 2014, counsel for CitySights DC transmitted an e-mail to David Barger, counsel for Plaintiffs in this matter, regarding the issue of whether GT would be withdrawing from this case.  GT did not respond to this inquiry until June 12, 2014, when it inquired whether Defendants would object to GT's withdrawal.

5. On June 13, 2014, Defendants notified Plaintiffs that they would not object to GT's withdrawal, but would object to an extension of current deadlines and postponement of the hearing on the Motion for Preliminary Injunction currently set for July 1, 2014.

6. The record establishes that Plaintiffs have failed to move in a timely manner to resolve the subject conflict. Plaintiffs are moving for injunctive relief, alleging irreparable harm. Having received virtually immediate notification of the subject conflict, and not moved more quickly to substitute, Plaintiffs' request to postpone these proceedings is inconsistent with its own argument.

7. The pending Motion for Preliminary Injunction has a chilling effect on Defendants, potentially causing fear in the marketplace as to who can or cannot be hired. Moreover, Defendants note that the Summer months are the peak season for the tour bus industry in Washington, DC, and pendency of the preliminary injunction proceedings is disruptive to Defendants' business.[1]

---

[1] Undersigned counsel for Defendants further notes that he is presently scheduled to be on vacation for the period of July 4, through 13, 2014, returning to the office on July 14, 2014.  Thus, the requested extension would further postpone these proceedings into the second half of the month of July.

Respectfully submitted,

GAVETT, DATT & BARISH, P.C.


BY         /s/ *Geoffrey S. Gavett*
Geoffrey S. Gavett
Unified Bar No. 375884
15850 Crabbs Branch Way, Suite 330
Rockville, Maryland 20855
ggavett@gavettdatt.com
Telephone:  301-948-1177
Facsimile: 301-948-4334
**Counsel for Defendants Mr. Sightseeing,
LLC d/b/a CitySights DC, Anders Nielsen
Gabriel Thomas and Ricardo Tyson**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendants' Opposition to Motion for Extension of Time/Continuance and Proposed Order were electronically filed with the Clerk of Court and served on counsel identified below by using the CM/ECF system on the 17th day of June, 2014:

David G. Barger
Theresa A. Queen
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA  22102
Telephone:  703.749.1300
Facsimile:  703.749.1301
**Counsel for Plaintiff Big Bus Tours**


        /s/ *Geoffrey S. Gavett*
Geoffrey S. Gavett